W. CHRISTIAN KRANKEMANN (SBN 220438)
JIM M. BOARDMAN (SBN 304653)
KRANKEMANN LAW OFFICES P.C.
Attorneys At Law
420 E Street, Suite 100
Santa Rosa, California  95404
Telephone:  (707) 524-2200
Facsimile:  (866) 858-0100
jmb@krankmemann.com

Attorney for Plaintiff
GEORGE CLINE

SHARON C. COLLIER (SBN 203450)
TRAVIS D. SWALLOW (SBN 339984)
FREEMAN MATHIS & GARY, LLP
1010 B Street, Suite 400
San Rafael, CA  94901
Telephone: (415) 394-9500
Facsimile: (833) 317-0293
sxcollier@fmglaw.com
travis.swallow@fmglaw.com

Attorneys for Defendant
CALPINE OPERATING SERVICES COMPANY, INC and
GEYSERS POWER COMPANY, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CLINE, a California resident,<br><br>Plaintiff,<br><br>vs.<br><br>CALPINE CORPORATION, a Delaware corporation, CALPINE OPERATING SERVICES COMPANY, INC. a Delaware corporation and GEYSERS POWER COMPANY, LLC, a Delaware corporation.<br><br>Defendants. | CASE NO.:  3:22-CV-07031-RS<br><br>[PROPOSED] ORDER AND JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Case Mgmt. Conf.: July 27, 2023<br>Complaint File: November 10, 2022 |

The parties to this action, Plaintiff GEORGE CLINE ("Plaintiff") and Defendants CALPINE OPERATING SERVICES COMPANY, INC. ("Calpine Operating") and GEYSERS POWER COMPANY, LLC ("Geysers Power") by and through their respective attorneys of records

-1-
ORDER AND JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1  hereby stipulate to the following:

2  WHEREAS, Plaintiff GEORGE CLINE filed his Complaint in this matter on November 10,
3  2022.

4  WHEREAS, Plaintiff originally named a single Defendant Calpine Corporation in the
5  Complaint.

6  WHEREAS, Plaintiff's counsel and counsel for Calpine Corporation met and conferred and
7  determined that two subsidiary companies of Calpine Corporation were the proper Defendants in
8  the case.

9  WHEREAS, all Parties entered into a stipulation in which Plaintiff would file an Amended
10 Complaint naming CALPINE OPERATIONS SERVICES COMPANY, INC. and GEYSERS
11 POWER COMPANY, LLC. as Defendants in the action and dismiss without prejudice defendant
12 Calpine Corporation.

13 WHEREAS, Plaintiff served an Amended Summons and First Amended Complaint naming
14 Calpine Operating and Geysers Power on May 22, 2023.

15 WHEREAS, Plaintiff filed a Second Amended Complaint on June 19, 2023 that corrected
16 the allegations against the corporate entities, dropped claims against Calpine Corporation. and
17 asserted claims against Calpine Operating and Geysers Powers.

18 WHEREAS, Defendants have until July 19, 2023 to file a responsive pleading to the Second
19 Amended Complaint pursuant to the Joint Stipulation and Order filed and granted on June 1, 2023.

20 WHEREAS, the Parties filed a Joint Stipulation for Dismissal Calpine Corporation without
21 Prejudice on July 11, 2023.

22 WHEREAS, the parties desire to have the responsive pleading filed and the case at issue
23 prior to submitting a Joint Case Management Statement and appearing for the initial Case
24 Management Conference with the Court.

25 **IT IS HEREBY STIPULATED BETWEEN THE PARTIES:**
26
27   1. The Case Management Conference currently set for July 27, 2023 shall be continued to
       August 31, 2023.
28

-2-
ORDER AND JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

2. The last day to file the Rule 26(f) Report, complete initial disclosures or statement objections in Rule 26(f) Report and to file Case Management Statement per Standing Order re Contents of Joint Case Management Statement shall be August 24, 2023.

3. All other deadlines will track the filing date of the Second Amended Complaint.

**IT IS SO STIPULATED.**

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the documents.

DATED: July 18, 2023         KRANKEMANN LAW OFFICES P.C.

By /s/
JIM M. BOARDMAN
Attorney for Plaintiff

DATED: July 18, 2023         FREEMAN MATHIS & GARY, LLP

By_____
TRAVIS D. SWALLOW
Attorney for Defendants

**IT IS SO ORDERED**.

Date: July 18, 2023

JUDGE U.S.D.C. NORTHERN DISTRICT OF CALIFORNIA

-3-
ORDER AND JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE