**KAUFMAN DOLOWICH LLP**
KARTIKEY PRADHAN (SBN 291870)
DAVID A. PENNER (SBN 322857)
EMMA ADAMS (SBN 365374)
425 California Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601
kpradhan@kaufmandolowich.com
David.penner@kaufmandolowich.com
Emma.adams@kaufmandolowich.com

Attorneys for Defendant
CALPINE OPERATING SERVICES COMPANY, INC

**KRANKEMANN LAW OFFICES P.C.**
W. CHRISTIAN KRANKEMANN (SBN 220438)
MARTIN T. REILLEY (SBN 83697)
Attorneys At Law
420 E Street, Suite 100
Santa Rosa, California 95404
Telephone: (707) 524-2200
Facsimile: (866) 858-0100
wck@krankemann.com
mtr@krankemann.com

Attorneys for Plaintiff
GEORGE CLINE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CLINE, a California resident,<br><br>        Plaintiff,<br><br>    v.<br><br>CALPINE CORPORATION, a Delaware corporation, and CALPINE OPERATING SERVICES COMPANY, INC. a Delaware corporation,<br><br>        Defendants. | Case No.: 3:22-CV-07031-RS<br><br>Complaint Filed: 11/10/22<br><br>**[PROPOSED] ORDER FOR CONTINUATION OF INDEPENDENT MEDICAL EXAMINATION** |

-1-
[PROPOSED] ORDER FOR CONTINUATION OF INDEPENDENT MEDICAL EXAMINATION

-2-

The Court, having reviewed the parties' Stipulation to Continue the Independent Medical Examination ("IME") of Plaintiff George Cline, and good cause appearing, orders as follows:

IT IS HEREBY ORDERD THAT:

1. IME DATE: The court-ordered IME will be continued from January 13, 2026, to February 25, 2026.

2. IME DETAILS: The IME will be conducted by Dr. John Finkenberg on February 25, 2026, at 3:00 p.m., at 11249 Gold Country Blvd. #165 Gold River, CA 95670.

3. The IME will be conducted pursuant to the parties' Stipulation.


IT IS SO ORDERED.


Dated: _January 20, 2026_ _____

ROBERT M. ILLMAN
United States Magistrate Judge

[PROPOSED] ORDER FOR CONTINUATION OF INDEPENDENT MEDICAL EXAMINATION