UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

GEORGE CLINE,

           Plaintiff,

    v.

CALPINE OPERATING SERVICES
COMPANY, INC.,

           Defendant.

Case No. 22-cv-07031-RS (RMI)

**ORDER GRANTING JOINT
STIPULATION FOR CONTINUATION
OF IME**

Re: Dkt. No. 82

Pursuant to the parties' Joint Stipulation for Continuation of Independent Medical Examination ("IME"), and for good cause appearing, the court **GRANTS** the stipulation and **ORDERS** as follows:

1. The court-ordered IME will be continued from February 25, 2026, to May 21, 2026.

2. The IME will be conducted by Dr. Clement Jones at 1199 Bush Street, Suite 640, San Francisco, CA 94109 at 1:00 p.m. on May 21, 2026.

3. The IME will be conducted pursuant to the parties' Stipulation.

    **IT IS SO ORDERED.**

Dated: February 26, 2026

_____
ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California