UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE CLINE,

        Plaintiff,

    v.

CALPINE OPERATING SERVICES
COMPANY, INC.,

        Defendant.

Case No.  22-cv-07031-RS

**ORDER VACATING CASE
SCHEDULE AND WARNING OF
POTENTIAL DISMISSAL**

In light of Dkt. No. 100, reporting the death of plaintiff George Cline, all pending pretrial and trial deadlines are vacated. As provided in Rule 25 of the Federal Rules of Civil Procedure, any motion to substitute a proper party to pursue any claim not extinguished by Cline's death must be brought within 90 days of the service of Dkt. No. 100. In the event no such motion is timely filed, this action will be dismissed, with prejudice, without further notice.

**IT IS SO ORDERED**.

Dated: June 24, 2026

_____
RICHARD SEEBORG
Chief United States District Judge